UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY W. SOTIN,<br><br>            Plaintiff,<br><br>    vs.<br><br>DEPUTY ERDMAN,<br><br>            Defendant. | NO.  CV-07-0327-FVS<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS AND DISMISSING COMPLAINT WITHOUT PREJUDICE |

   **BEFORE THE COURT** is Plaintiff Anthony W. Sotin's Motion to Voluntarily Dismiss the Complaint Without Prejudice pursuant to Fed. R. Civ. P. 41(a).  (Ct. Rec. 10).  Defendant has not been served in this action.  Accordingly, **IT IS ORDERED** Plaintiff's Motion (**Ct. Rec. 10**) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

   **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and **close the file**.

   **DATED** this   3rd   day of November, 2008.

                        S/Fred Van Sickle
                        Fred Van Sickle
              Senior United States District Judge

ORDER . . . - 1